## No. 7171.

### C. E. ALTER vs. J. O'BRIEN, TUTOR, ET AL.

Where legal proceedings have been taken at the instigation of a party, which proceedings he afterwards injoins, he is not entitled to attorney's fees as damages, when his injunction is maintained. He cannot derive pecuniary benefit for stopping proceedings incited by himself, or for liberating property from an entanglement into which it was placed by following his suggestions.

APPEAL from the Second District Court of New Orleans.   TISSOT, J.

*Bright* for Plaintiff Appellant.   *Wharton Collens* for Defendant.

The plaintiff had a mortgage upon certain town property executed by O'Brien during his wife's life.   The wife having died and Alter wishing to foreclose, he insisted upon O'Brien's opening his wife's succession, and getting an order of sale of this property.   O'Brien complied with Alter's wishes.   But Alter changed his mind and concluded he would foreclose, and he did and bought the property. Meanwhile the succession sale was advertised.   Alter injoined it. That is the present suit.   He claims attorney's fees as damages for obtaining the injunction.   The court below refused them and he appealed.

MANNING, C. J., delivered the opinion affirming the judgment.